UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LAZARO THORNDIKE-ACOSTA,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No.:  26-CV-1753 JLS (VET)

**ORDER GRANTING JOINT MOTION TO DISMISS**

(ECF No. 3)

Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot.," ECF No. 3).  The Parties submit that Petitioner was removed to Mexico on March 20, 2026, and thus agree that this matter is moot.  Joint Mot. at 1.  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** the above-captioned action.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  March 24, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-1753 JLS (VET)